PETER LOUIS HINES #332380
Name and Prisoner/Booking Number

RED ROCK CORRECTIONAL CENTER
Place of Confinement

1752 E ARICA RD
Mailing Address

ELOY AZ 85131
City, State, Zip Code

☒ FILED    ☐ LODGED

**Mar 17 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

PETER LOUIS HINES
(Full Name of Plaintiff)

       Plaintiff,

v.

(1) CORE CIVIC
(Full Name of Defendant)

(2) _____

(3) _____

(4) _____

      Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV-25-882-PHX-MTL (ASB)**

(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

JURY TRIAL DEMANDED

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other: _____.

2.  Institution/city where violation occurred: RED ROCK CORRECTIONAL CENTER / ELOY.

**550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: _CORE CIVIC_____.  The first Defendant is employed
as: _SECURITY PROVIDER_____ at _RED ROCK CORRECTIONAL CENTER_
           (Position and Title)                           (Institution)

2.  Name of second Defendant: _____.  The second Defendant is employed as:
as: _____ at_____ _____.
           (Position and Title)                           (Institution)

3.  Name of third Defendant: _____.  The third Defendant is employed
as: _____ at_____.
           (Position and Title)                           (Institution)

4.  Name of fourth Defendant: _____.  The fourth Defendant is employed
_____ at_____.
           (Position and Title)                           (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2.  If yes, how many lawsuits have you filed? _____.  Describe the previous lawsuits:

   a.  First prior lawsuit:
     1.  Parties: _____ v. _____
     2.  Court and case number: _____
     3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

   b.  Second prior lawsuit:
     1.  Parties: _____ v. _____
     2.  Court and case number: _____
     3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

   c.  Third prior lawsuit:
     1.  Parties: _____ v. _____
     2.  Court and case number: _____
     3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: _DUE PROCESS_
_5TH AND 14TH AMENDMENT_

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
☐ Basic necessities        ☐ Mail              ☐ Access to the court      ☐ Medical care
☒ Disciplinary proceedings  ☐ Property          ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

A TARGETED CELL SEARCH WAS CONDUCTED ON MY CELL, MYSELF PRESUMABLY BEING THE INTENDED "TARGET". SGT DENSMORE PER HIS REPORT STATED THAT INMATE HINES (MYSELF) WAS FOUND IN POSSESION AND IN USE OF A SMART PHONE. DENSMORES STATEMENTS HOWEVER ARE UNTRUE AND PRESUMABLY INTENTIONALLY MISLEADING, THIS IS A CLEAR VIOLATION OF DUE PROCESS AND THE 5TH AND 14TH AMENDMENTS TO THE U.S. CONSTITUTION. FALSE OR MISLEADING EVIDENCE CAN NOT BE USED TO OBTAIN A CONVICTION. THE TRUTH IS THAT THE PHONE WAS FOUND ON MY CELLMATES BUNK AND IT WASN'T "IN USE" BY ME AS STATED BY DENSMORE. FURTHER, MY CELLMATE ADMITTED THAT THE PHONE WAS HIS. HAD DENSMORE PROVIDED THE FACTS AS THEY ACTUALLY HAPPENED, AND GIVEN MY CELLMATES CONFESSION, ANY REASONABLE JURIST WOULD COME TO THE OBVIOUS CONCLUSION THAT I AM INDEED INNOCENT. THE EVIDENCE PRESENTED FALLS WELL BELOW THE 51% PREPONDERANCE OF THE EVIDENCE STANDARD. AND ANY ARGUMENTS TOWARDS CONSTRUCTIVE POSSESION FAIL WHERE MY CELLMATE WAS NEVER GIVEN A TICKET. INDEED THE COURTS HAVE HELD THAT IN CASES SUCH AS MINE WHERE GOOD TIME IS TAKEN AND A PRISON SENTENCE IS THEREFORE LENGTH-
SEE ATTACHMENT A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
LOSS OF GOOD TIME, LOSS OF VISITS, PHONE CALLS, COMMESARY

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                    ☒ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count I?                    ☒ Yes    ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?            ☒ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3 of 10

## COUNT II

1. State the constitutional or other federal civil right that was violated: _____
_____

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities          ☐ Mail            ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property        ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                    ☐ Yes      ☐ No
   b. Did you submit a request for administrative relief on Count II?     ☐ Yes      ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

# COUNT III

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities        ☐ Mail              ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property          ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count III?    ☐ Yes    ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?    ☐ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

COMPENSATORY DAMAGES

PUNITIVE DAMAGES

RESTORATION OF GOOD TIME

ANY OTHER RELIEF THE COURT DEEMS JUST OR FIT.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-17-2025
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# ATTACHMENT A

ENED, INCREASED CARE SHOULD BE GIVEN TO THE DISPOSITION OF THIS CASE. INDEED TO ALLOW SOMEONE TO BE GIVEN MORE TIME UNDER THE CIRCUMSTANCES OF MY CASE IS FUNDAMEN-TALLY UNFAIR AND CONSTITUTES A MISCARRIAGE OF JUSTICE.

WERE DEALING WITH A SITUATION WHERE TWO OFFICERS (DENSMORE AND TREVINO) RESPOND TO MY CELL FOR A TARGETED CELL SEARCH AND THE FACTS SURROUNDING THE SEARCH ARE MISSTATED OR EVEN FALSIFIED AND OFFICER TREVINO HAS A HISTORY OF FALSE REPORTING, SOMETIMES SAYING PEOPLE ADMITTED GUILT WHEN THEY DID NOT, WHICH HAS LED TO NUMEROUS GREIVANCES FILED AGAINST HIM AND EVEN CIVIL SUIT.

NOW IF YOU TAKE INTO CONSIDERATION THE FACT THAT MY CELLMATE MADE SWORN STATEMENTS TO THE DEPARTMENT HEARING OFFICER AND SUBMITTED A SWORN AFFIDAVIT (SEE ATTACHMENT B) CLEARLY ADMITTING TO OWNERSHIP OF THE PHONE AND THAT THE PHONE WAS FOUND ON HIS BUNK, ANY REASONABLE JURIST WOULD COME TO THE OBVIOUS DETER-MINATION THAT I AM INDEED INNOCENT. FURTHER, DE-PARTMENT ORDER STATES BOTH CELLMATES MUST BE PLACED ON REPORT IN THIS SITUATION        AND YET ONLY I WAS PLACED ON REPORT VIOLATING DEPARTMENT POLICY AND RAISING EVEN GREATER SUSPICION AS TO THE LEGIT-IMACY OF THE CLAIM AGAINST ME.

INJURY IN THIS CASE CONSISTS OF BUT IS NOT LIM

7 OF 10

ITED TO, LOSS OF GOOD TIME WHICH MEANS ADDITIONAL TIME IN PRISON, LOSS OF VISITS, PHONE CALLS, COMMISARY, MENTAL AND EMOTIONAL STRESS AND GRIEF AS WELL AS HUMILIATION.

RESPECTFULLY SUBMITTED THIS 17TH DAY OF MARCH 2025

BY _____

PETER HINES IN PRO PER

2        8 OF 10

ATTACHMENT B

AFFIDAVIT FROM
MARK GONZALEZ

# Affidavit

This is the Affidavit of Mark Gonzalez #364752, I write this in my own hand under the penalty of perjury. No one has threatened me, promised me, or coerced me to write this

Everything I write is true and Correct.

1) On 8/11/24 my cell and bunk was searched, and my cellphone was found.

2) I took full responsibility right away and confessed this to Sgt. Densmore.

3) I also confessed in a witness statement, to the CO III and to the Captain, and now in this Affidavit that said Cellphone is mine and found in my area.

4) I take full responsibility for my phone and my actions.

I swear all this under the penalty of perjury, that all that is written is true and Correct.



J Gonsalves
Notary Public - Arizona
Pinal County
Commission Number 641171
My Comm. Exp. 12/20/2026

Gonsalves
10-2-24

Sincerely
_(signature)_ #364752
10/2/24

10 of 10